**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:04CV638-V**

| | | |
|---|---|---|
| **MICHAEL SMITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **O R D E R** |
| **v.** | ) | |
| | ) | |
| **WAFFLE HOUSE, INC., and HILLCREST FOODS, INC.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

_____

    **THIS MATTER** is before the Court on "Motion For Admission Pro Hac Vice Of Michael Elkon" filed June 1, 2005, to appear as counsel for the Defendant Hillcrest Foods, Inc.  For the reasons set forth therein, the Motion will be **GRANTED.**

    The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

    **SO ORDERED.**

**Signed: June 3, 2005**

*Carl Horn, III*

_____

Carl Horn, III
United States Magistrate Judge