IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLIN
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:04CV638-C

| | | |
|---|---|---|
| MICHAEL SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| WAFFLE HOUSE, INC., and HILLCREST | ) | |
| FOODS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

_____

**THIS MATTER** is before the Court on "Motion For Admission Pro Hac Vice Of Steven Michael Staes And Notice Of Substitution Of Counsel" filed May 31, 2005 (document #32) on behalf of Defendant Hillcrest Foods. For the reasons set forth therein, the Motion will be **GRANTED.**

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED.**

Signed: July 25, 2005


Carl Horn, III 
United States Magistrate Judge