# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:04CV638-C

| | |
|---|---|
| **MICHAEL SMITH,** )<br> )<br>**Plaintiff,** )<br> )<br>v. )<br> )<br>**WAFFLE HOUSE, INC.** )<br> )<br>**and** )<br> )<br>**HILLCREST FOODS, INC.,** )<br> )<br>**Defendants.** ) | **O R D E R** |

**THIS MATTER** is before the Court on "Motion For Admission Pro Hac Vice" (document #40) filed September 28, 2005 by Henderson Hill, counsel of record for the Plaintiff, Michael Smith. For the reasons set forth herein, the Motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED.**

**Signed: October 7, 2005**

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge