RECEIVED
CHARLOTTE, N.C.
NOV 15 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MICHAEL SMITH,<br><br>Plaintiff,<br><br>v.<br><br>WAFFLE HOUSE, INC. and HILLCREST FOODS, INC.,<br><br>Defendants. | Civil Action File No.<br><br>3:04CV638-H |

## ORDER

Upon consideration of the Joint Settlement Report, the memorandum submitted in support thereof, and the entire record herein, it is ORDERED that the above-captioned civil action is STAYED through and including January 16, 2006 while the parties negotiate regarding the terms of their settlement understanding. The parties will update the Court on or before January 16, 2006 regarding the status of their settlement negotiations.

SO ORDERED THIS 16th DAY OF November, 2005.

_____
THE HONORABLE CARL HORN, III
JUDGE, UNITED STATES DISTRICT COURT