# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| MICHAEL SMITH, | ) |
| Plaintiff | ) Civil Action No. 3:04cv638-H |
| v. | ) |
| WAFFLE HOUSE, INC. | ) |
| and | ) |
| HILLCREST FOODS, INC., | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the parties' Third Joint Settlement Report, this action shall continue to be **STAYED** pending further orders of the Court. No parties shall be required to file or serve any pleadings, memoranda, disclosures, or discovery during such time as this action is stayed.

On or before April 17, 2006, the parties shall jointly report the status of this matter to the Court.

**SO ORDERED**.

Signed: March 17, 2006

Carl Horn, III
United States Magistrate Judge

CHARLOTTE/282959v1