# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:04-CV-638-C

| | |
|---|---|
| **MICHAEL SMITH,** | ) |
|     **Plaintiff,** | ) |
|   v. | ) |
| | )   **ORDER** |
| **WAFFLE HOUSE, INC, and** | ) |
| **HILLCREST FOODS, INC.,** | ) |
|     **Defendants.** | ) |

Upon consideration of the parties' Fourth Joint Settlement Report, this action shall continue to be **STAYED** pending further Orders of the Court. No parties shall be required to file or serve any pleadings, memoranda, disclosures, or discovery during such time as this action is stayed.

On or before **May 17, 2006**, the parties shall jointly report the status of this matter to the Court.

**SO ORDERED.**

Signed: April 17, 2006

Carl Horn, III
United States Magistrate Judge