# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| **MICHAEL SMITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 3:04cv638-H** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **WAFFLE HOUSE, INC.** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **HILLCREST FOODS, INC.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Upon consideration of the parties' Fifth Joint Settlement Report, it is hereby ORDERED that this action shall continue to be STAYED pending further orders of the Court. No parties shall be required to file or serve any pleadings, memoranda, disclosures, or discovery during such time as this action is stayed. On or before June 16, 2006, the parties shall jointly report the status of this matter to the Court.

**SO ORDERED**.

Signed: May 17, 2006

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge