IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| MICHAEL SMITH, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:04cv638-H |
| | ) | |
| v. | ) | |
| | ) | |
| WAFFLE HOUSE, INC. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| HILLCREST FOODS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the parties' Final Joint Settlement Report, it is hereby ORDERED that this action shall continue to be STAYED pending further orders of the Court. No parties shall be required to file or serve any pleadings, memoranda, disclosures, or discovery during such time as this action is stayed. On or before July 31, 2006, the parties shall execute a final settlement agreement in order to avoid the Court lifting the stay.

**SO ORDERED.**

Signed: June 19, 2006

_____
Carl Horn, III
United States Magistrate Judge